FILED

17 SEP 22 AM 11:38

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: RMC    DEPUTY

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2016 Grand Jury

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SAJID EMILIO QUINTERO NAVIDAD,
  aka "CADETE,"

    Defendant.

Case No. 17 CR 2976 CAB

I N D I C T M E N T

Title 21, U.S.C., Secs. 959, 960 and 963 – International Conspiracy to Distribute Controlled Substances; Title 21, U.S.C., Secs. 952, 960, and 963 – Conspiracy to Import Controlled Substances; Title 18, U.S.C., Sec. 1956(a)(2)(B)(i) and (h) – Conspiracy to Launder Monetary Instruments; Title 21, U.S.C., Sec. 853, and Title 18, U.S.C., Sec. 982 – Criminal Forfeiture

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including September 22, 2017, within the country of Mexico and elsewhere, defendant SAJID EMILIO QUINTERO NAVIDAD, aka "CADETE," who will first enter the United States within the Southern District of California, did knowingly and intentionally conspire with other persons known and unknown to the grand jury, to distribute and cause the distribution of a controlled substance, to wit: 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; and 5 kilograms and more of a mixture

MJS:nlv:San Diego:9/21/17

and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; intending, knowing and having reasonable cause to believe that such heroin and cocaine would be unlawfully imported into the United States; all in violation of Title 21, United States Code, Sections 959, 960, and 963.

### Count 2

Beginning at a date unknown to the grand jury and continuing up to and including September 22, 2017, within the Southern District of California, and elsewhere, defendant SAJID EMILIO QUINTERO NAVIDAD, aka "CADETE," did knowingly and intentionally conspire with other persons, known and unknown to the grand jury, to import a controlled substance, to wit: 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; and 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960, and 963.

### Count 3

Beginning at a date unknown to the grand jury and continuing up to and including September 22, 2017, within the Southern District of California and elsewhere, defendant SAJID EMILIO QUINTERO NAVIDAD, aka "CADETE," did knowingly combine, conspire, and agree with other persons known and unknown to the grand jury to commit offenses against the United States, to wit: to transport, transmit, and transfer, a monetary instrument and funds involving the proceeds of specified unlawful activity, that is, Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, from a place

2

in the United States to and through a place outside the United States, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i); all in violation of Title 18, United States Code, Section 1956(h).

## Criminal Forfeiture Allegations

1. The allegations contained in Counts 1 through 3 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982.

2. As a result of the commission of the felony offenses alleged in Counts 1 and 2 of this indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant SAJID EMILIO QUINTERO NAVIDAD, aka "CADETE," shall, upon conviction, forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this indictment.

3. As a result of the commission of the felony offense alleged in Count 3 of this Indictment, pursuant to Title 18, United States Code,

Section 982(a)(1), defendant SAJID EMILIO QUINTERO NAVIDAD, aka "CADETE," shall forfeit to the United States, all property, real and personal, involved in such offense, and all property traceable to such property.

4. If any of the above referenced forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982.

DATED: September 22, 2017.

A TRUE BILL:

_____
Foreperson

ALANA W. ROBINSON
Acting United States Attorney

By: _____
MATTHEW J. SUTTON
Assistant U.S. Attorney