UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAJID EMILIO QUINTERO NAVIDAD,<br>aka Cadete<br><br>Defendant. | Case No. 17-cr-02976-CAB<br><br>ORDER DECLARING CASE COMPLEX AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

Upon joint motion of the parties to declare this case complex pursuant to 18 U.S.C. 3161(h)(8), and for good cause appearing,

IT IS HEREBY ORDERED that this case shall be deemed complex for purposes of the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq. Based on the large volume of the discovery, the complex nature of the prosecution and possible existence of novel questions of fact or law, it would be unreasonable to expect defense counsel to be able to effectively prepare for pretrial motions and trial within the period normally prescribed by the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq., taking into account the exercise of due diligence. Consequently, the ends of justice served by a continuance outweighs the best interest of the public and the defendants in a speedy trial.

IT IS FURTHER ORDERED that the time between October 11, 2017, and December 21, 2017, be deemed excludable time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8), in addition to any time excludable, pursuant to 18 U.S.C. 3161(h)(1)(F), resulting from pretrial motions already filed.

DATED: 11/14/17

The Honorable Cathy Ann Bencivengo
United States District Court Judge