AO 442                                                                                         10411432

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

104230-1

~~SEALED~~ CASE UNSEALED PER ORDER OF COURT

UNITED STATES OF AMERICA

V.

Sajid Emilio Quintero Navidad (1) aka "Cadete"

**WARRANT FOR ARREST**

Case Number: 17cr2976-CAB

NOT FOR PUBLIC VIEW

JUN 2 6 2020

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

To:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Sajid Emilio Quintero Navidad (1) aka "Cadete"
                                                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition
                                                                                      ☐ Pretrial Violation

charging him or her with (brief description of offense):
21:959, 960, 963 - International Conspiracy to Distribute Controlled Substances
21:952, 960, 963 - Conspiracy to Import Controlled Substances
18:1956(a)(2)(B)(i), (h) - Conspiracy to Launder Monetary Instruments
21:853, 18:982 - Criminal Forfeiture

ARRESTED BY:
STEVEN C. STAFFORD
U.S. MARSHAL S/CA

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA
'17 SEP 22 PM 12 03

In violation of Title ___See Above___ United States Code, Section(s) _____

John Morrill                                          Clerk of the Court
Name of Issuing Officer                               Title of Issuing Officer

s/ R. Chapman  /s/ R. Chapman                         9/22/2017 at San Diego, CA
Signature of Deputy                                   Date and Location

Bail fixed at $ ___NO BAIL___                 by ___The Honorable Karen S. Crawford___
                                                                 Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |