UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 17-cr-02976-CAB |
| v. | |
| SAJID EMILIO QUINTERO NAVIDAD, | ORDER ON JOINT MOTION TO CONTINUE |
| Defendant. | |

Upon the joint motion of the UNITED STATES OF AMERICA and SAJID EMILIO QUINTERO NAVIDAD and good cause appearing;

IT IS HEREBY ORDERED the joint motion to continue is granted. The Sentence with Presentence Report presently set for June 4, 2021, at 9:30 a.m. be continued to September 24, 2021, at 9:30 a.m.

IT IS SO ORDERED.

DATED: 6/2/2021

Honorable Cathy Ann Bencivengo
United States District Court Judge

1