UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) Case No. 17-cr-02976-CAB <br> ) <br> v. ) <br> ) <br> SAJID EMILIO QUINTERO ) ORDER ON JOINT MOTION TO <br> NAVIDAD, ) CONTINUE SENTENCING HEARING <br> ) <br> Defendant. ) <br> ) <br> _____ ) | |

Upon the joint motion of the UNITED STATES OF AMERICA and SAJID EMILIO QUINTERO NAVIDAD and good cause appearing,

IT IS HEREBY ORDERED that the joint motion to continue is granted. The Sentence with Presentence Report presently set for August 5, 2022, at 9:30 a.m. shall be continued to August 31, 2022, at 9:30 a.m.

IT IS SO ORDERED.

DATED: 8/3/2022

_____
Honorable Cathy Ann Bencivengo
United States District Court Judge

1